**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 7, 2025**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

EVER QUINTANA-LOPEZ,

    Defendant - Appellant.

No. 24-3168
(D.C. No. 6:22-CR-10033-EFM-1)
(D. Kan.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **MATHESON**, **EBEL**, and **EID**, Circuit Judges.
_____

The government moves to enforce Ever Quintana-Lopez's appeal waiver.
*See United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc)
(per curiam).  Mr. Quintana-Lopez does not object to the motion, so we grant it.  This
appeal is dismissed.

                        Entered for the Court

                        Per Curiam

---

[*] This order and judgment is not binding precedent, except under the doctrines
of law of the case, res judicata, and collateral estoppel.  It may be cited, however, for
its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.